# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 642 MAL 2015

               Respondent  :

                        :  Petition for Allowance of Appeal from
                        :  the Order of the Superior Court

          v.               :

CAPRICE DENNISON,  :

               Petitioner  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.